IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02263-WYD-BNB

IN THE MATTER OF THE ESTATE OF THEODORE S. INGALLS (DECEASED)

JOSEPHINE HALDERMAN, PERSONAL REPRESENTATIVE,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

---

### ORDER OF DISMISSAL

---

    THIS MATTER is before the Court on the Stipulation of Dismissal with Prejudice filed January 9, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises,

    ORDERS that the Stipulation of Dismissal with Prejudice is **GRANTED**.  In accordance therewith, it is

    ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(1)(ii), each party to bear their own costs and attorneys' fees.

    Dated:  January 10, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge